October 01, 2010

Mr. J. Arnold Aguilar
Aguilar Law Firm
990 Marine Drive
Brownsville, TX 78520
Mr. Mario A. Barrera
Bracewell & Giuliani LLP
106 S. St. Mary's St., Suite 800
San Antonio, TX 78205

RE: Case Number: 09-0834
 Court of Appeals Number: 13-07-00555-CV
 Trial Court Number: CL-43,244-A

Style: CITY OF ELSA, TEXAS
 v.
 JOEL HOMER GONZALEZ

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
enclosed judgment in the above-referenced cause. You may obtain a copy of
the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |